*Matthew Bruce v. The Kroger Co.*
*State Court of Cobb County, State of Georgia Civil Action*
*File Number: 22-A-228*

*Matthew Bruce v. The Kroger Co.*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number: TBD (Removal # 1:22-mi-99999)*

# EXHIBIT A:  NOTICE OF REMOVAL

## ALL PLEADINGS, PROCESS, AND ORDERS SERVED UPON DEFENDANT THE KROGER CO. IN THE STATE COURT OF COBB COUNTY, STATE OF GEORGIA

## General Civil and Domestic Relations Case Filing Information Form

ID# E-XFFRBYYX-HBA
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-288**

☐ Superior or ☑ State Court of _Cobb_ County

JAN 28, 2022 11:07 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

| For Clerk Use Only | |
|---|---|
| **Date Filed** 01-28-2022 | **Case Number** 22-A-288 |
| MM-DD-YYYY | |

**Plaintiff(s)**

BRUCE, MATTHEW
Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

**Defendant(s)**

THE KROGER CO.
Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

**Plaintiff's Attorney** _Leibel, Steven_    **Bar Number** _445050_    **Self-Represented** ☐

### Check one case type and, if applicable, one sub-type in one box.

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____    _____
Case Number                  Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20



# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER   22-A-288

$198.00 COST PAID

BRUCE, MATTHEW

**PLAINTIFF**

VS.

THE KROGER CO.

**DEFENDANT**

## SUMMONS

TO: THE KROGER CO.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Steven Leibel
> Steven Leibel, P.C.
> 3619 S. Chestatee
> Dahlonega, Georgia 30533

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 28th day of January, 2022.**

Clerk of State Court




Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



ID# E-XFFRBYYX-ZCS
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**22-A-288**
JAN 28, 2022 11:07 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MATTHEW BRUCE, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) _____ |
| THE KROGER CO., | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

# COMPLAINT

COMES NOW the above plaintiff ("Plaintiff" or "Bruce") and files his Complaint, showing the following:

*Jurisdiction and Venue*

1. Plaintiff is a citizen of the State of Georgia submitting himself hereby to the jurisdiction and venue of this Court, and he may be served pursuant to OCGA § 9-11-5 by his undersigned attorney.

2. Defendant The Kroger Co. ("Defendant" or "Kroger") is an Ohio corporation with is principal office in Cincinnati, Ohio, duly authorized to conduct business and sue and be sued in the State of Georgia, and it may be served by its registered agent, CSC of Cobb County, Inc., at 192 Anderson Street SE, Suite 125, Marietta, Cobb County, Georgia 30060.

3. The state court has subject matter jurisdiction of this action for monetary damages arising from a slip and fall.

4. Venue is proper in Cobb County, Georgia pursuant to Ga. Const. Art. VI, Sec. II, Para. VI.



**Facts Common to All Counts**

5. On March 4, 2020, Bruce was visiting the Kroger facility located at 378 Marketplace Parkway in Dawsonville, Georgia (the "Premises").

6. Kroger operates a store location at the Premises and has sole possession and control of said Premises pursuant to a lease with The Development Authority of Dawson County.

7. Bruce slipped and fell on a wet floor that was freshly mopped.

8. No wet floor signs were present in the vicinity of the wet floor.

9. Bruce suffered personal injuries in the fall.

**COUNT I - Premises Liability**

10. Bruce was a business invitee of Kroger on March 4, 2020.

11. Kroger had a duty of care to keep its premises and approaches, including the Premises, safe for invitees.

12. Kroger breached that duty of care by allowing customers to walk on a wet floor without warning them of the hazard.

13. As a direct and proximate consequence of said breach of duty, Bruce suffered injuries for which Kroger should be held liable to pay damages, including special damages in the form of medical expenses in the amount of at least $95,720.01, which continue to accrue, and general damages for his pain, suffering, and emotional distress in an amount to be determined at trial.

**COUNT II - Negligence**

14. Kroger is vicariously liable for the conduct of its employee in the course and scope of their employment by Kroger.

15. A Kroger employee has a duty of exercise ordinary care while mopping floors.

16. Said Kroger employee breached his or her duty of care by, without limitation, failing to warn customers of a wet floor.

17. As a direct and proximate consequence of said breach of duty, Bruce suffered injuries for which Kroger should be held liable to pay damages, including special damages in the form of medical expenses in the amount of at least $95,720.01, which continue to accrue, and general damages for his pain, suffering, and emotional distress in an amount to be determined at trial.

WHEREFORE, Plaintiff respectfully prays that summons issue and be served with the foregoing complaint as provided by law, that Defendant answer to the allegations of Plaintiff, that six months of discovery be had, that the matter be tried to a jury as to all issues so triable, that the court enter judgment in favor of Plaintiff and against Defendant, that the costs of this action be cast upon Defendant, and that the Court grant such other and further relief as it deems proper and just.

Respectfully submitted this 28th day of January, 2022.

**STEVEN LEIBEL, P.C.**

*/s/ Steven Leibel*
STEVEN LEIBEL
Georgia State Bar No. 445050
PAUL MENAIR
Georgia State Bar No. 502018
*Attorneys for Plaintiff*

3619 S. Chestatee
Dahlonega, GA 30533
(404) 892-0700
(770) 844-0015 (Fax)
steven@leibel.com
paul@leibel.com

3

Case 1:22-cv-01125-ELR   Document 1-1   Filed 03/18/22   Page 7 of 8

ID# E-XFFRBYYX-Q2X
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**22-A-288**
JAN 28, 2022 11:07 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| MATTHEW BRUCE, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) _____ |
| THE KROGER CO., | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

This is to certify that **PLAINTIFF'S REQUEST FOR ADMISSIONS and FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT** were delivered for personal service on Defendant, along with summons and Complaint and a copy of this certificate, by depositing the same with the United Parcel Service with sufficient postage thereon to ensure delivery to the Cobb County Sheriff's Office.

Dated this 28th day of January, 2022.

**STEVEN LEIBEL, P.C.**

*/s/ Steven Leibel*
STEVEN LEIBEL
Georgia State Bar No. 445050
PAUL MENAIR
Georgia State Bar No. 502018
*Attorneys for Plaintiff*

3619. S Chestatee
Dahlonega, GA 30533
(404) 892-0700
(770) 844-0015 (Fax)
steven@leibel.com
paul@leibel.com



130772   A1803

ID# E-UTZ3MY3M-BUR
**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA
**22-A-288**
FEB 17, 2022 10:57 AM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

# SHERIFF'S ENTRY OF SERVICE

Civil Action No. __22-A-288__

Date Filed __1/28/22__

Attorney's Address: Leibel, Steven
Steven Leibel, P.C.
3619 S. Chestatee
Dahlonega, GEORGIA 30533-

Name and Address of Party to be Served.
THE KROGER CO.
CSC of Cobb County, Inc., 192 Anderson St SE #125
Marietta, GEORGIA 30060

Superior Court ☐   Magistrate Court ☐
State Court ☒   Probate Court ☐
Juvenile Court ☐

Georgia, __COBB__ COUNTY

BRUCE, MATTHEW
_____ Plaintiff

VS.

THE KROGER CO.
_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about ___ years; weight ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant __The Kroger Co__ a corporation by leaving a copy of the within action and summons with __Terri Thompson - CSC of Cobb County__ in charge of the office and place of doing business of said Corporation in the County. Served with summons, complaint, Request for admissions, Interrogatories, Request for Production, and Certificate of Service of Discovery Material

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant not to be found in the jurisdiction of this court.

This __16__ day of __Feb__, 20__22__

_____ #05051
Deputy